## TATUM *et al. v.* HAWKINS.

ATKINSON, J. 1. The requests to charge, in so far as applicable under the pleadings and evidence, were covered by the general charge.

2. The exceptions to rulings on the admissibility of evidence, and to the charge of the court, were without merit.

3. The evidence was sufficient to support the verdict, and the discretion of the judge in refusing to grant a new trial will not be disturbed.

> *Judgment affirmed. All the Justices concur.*
> SEPTEMBER 21, 1910.

Complaint. Before Judge Gilbert. Muscogee superior court. March 16, 1909.

*J. E. Chapman* and *G. Y. Harrell,* for plaintiffs in error.

*A. W. Cozart* and *Wynn & Wohlwender,* contra.